IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| ARIC W. HALL | § | |
| v. | § | CIVIL ACTION NO. 6:07CV246 |
| RUSSELL D. HODGKINS, ET AL. | § | |

ORDER ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES
MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of this case has been presented for consideration. The Report and Recommendation recommends that Defendants' Motion to Dismiss (document #38) be granted. Plaintiff filed written objections on April 3, 2008.

Having made a *de novo* review of the written objections filed by Plaintiff, the Court finds that the findings and conclusions of the Magistrate Judge are correct and the objections are without merit. The complaint is barred by *res judicata*. The findings and conclusions of the Magistrate Judge are hereby adopted as those of the Court.

In light of the foregoing, it is

**ORDERED** that the Motion to Dismiss (document #38) is **GRANTED**. The complaint is **DISMISSED** with prejudice as barred by *res judicata*. Any motion not previously ruled on is **DENIED**.

**SIGNED** this 8th day of April, 2008.

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE